FILED IN CHAMBERS

ORIGINAL

MAR 2 3 2010

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | |
| v. | : | NO. **1:10 CR 129** |
| | : | |
| CHESIRE MARTINEZ ROBINSON | : | |
| a/k/a "Candyman" | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning in or about July 2009, and continuing until on or about October 2, 2009, in the Northern District of Georgia, the defendant, Chesire Martinez Robinson, also known as "Candyman", and another person whose identity is known to the grand jury, did combine, conspire, confederate, agree, and have a tacit understanding to knowingly and willfully harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "S.B.", knowing and in reckless disregard of the fact that "S.B." had not attained the age of 18 years and knowing that "S.B." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

## MANNER AND MEANS OF THE CONSPIRACY

1.   As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", used minor and adult females for the purpose of prostitution.

2. As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", and another person whose identity is known to the grand jury, posted photographs of minor and adult victims, by use of a computer, on escort and erotic classified advertisement sections of Internet websites, including "Atlanta Backpage" and "Cityvibe", for the purpose of causing minor and adult females to engage in prostitution.

3. As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", transported a minor victim in interstate commerce for the purpose of causing the minor victim to engage in prostitution.

4. As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", utilized various hotels and a highway truck stop in the Atlanta, Georgia, area, to cause minor and adult females to engage in prostitution.

5. As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", used a cellular telephone to maintain contact with minor and adult females that he caused to engage in prostitution.

6. As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", used physical violence against a minor victim to cause her to engage in acts of prostitution.

7. As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", used and carried a firearm.

2

8.    As a part of the conspiracy, Defendant Chesire Martinez Robinson, also known as "Candyman", collected cash payments earned by minor and adult females through prostitution.

## OVERT ACTS

1.    In or around July 2009, Defendant Chesire Martinez Robinson, also known as "Candyman", and another person whose identity is known to the grand jury, took photographs of "S.B.", who the defendant knew to be less than 18 years-old, for the purpose of placing photographs of "S.B.", by use of a computer, in advertisements on erotic and escort services sections of Internet websites, including "Atlanta Backpage" and "Cityvibe."

2.    Beginning in or around July 2009, and continuing through on or about October 2, 2009, Defendant Chesire Martinez Robinson, also known as "Candyman", caused "S.B." to engage in prostitution with men that learned of "S.B." through photographs of "S.B." that appeared in advertisements on erotic and escort services sections of Internet websites, including "Atlanta Backpage" and "Cityvibe."

3.    Beginning in or around July 2009, and continuing through on or about October 2, 2009, Defendant Chesire Martinez Robinson, also known as "Candyman", caused "S.B." to engage in prostitution at a truck stop, and various hotels, in the Atlanta, Georgia, area.

4.    Beginning in or around July 2009, and continuing through on or about October 2, 2009, Defendant Chesire Martinez Robinson, also known as "Candyman", beat "S.B." repeatedly, causing serious

injuries to her face, when she refused to engage in acts of prostitution.

5.     In or about August 2009, Defendant Chesire Martinez Robinson, also known as "Candyman", drove "S.B." from South Carolina to the Atlanta, Georgia, area for the purpose of causing "S.B." to engage in prostitution.

6.     Beginning in or around July 2009, and continuing through on or about October 2, 2009, Defendant Chesire Martinez Robinson, also known as "Candyman", collected cash payments earned by "S.B." through prostitution.

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Beginning in or about July 2009, and continuing through on or about October 2, 2009, in the Northern District of Georgia, the defendant, Chesire Martinez Robinson, also known as "Candyman", did knowingly harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "S.B.", knowing and in reckless disregard of the fact that "S.B." had not attained the age of 18 years and knowing that "S.B." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

4

## COUNT THREE

In or about August 2009, in the Northern District of Georgia, and elsewhere, the defendant, Chesire Martinez Robinson, also known as "Candyman", did knowingly transport an individual, namely "S.B.", who had not attained the age of 18 years, in interstate commerce with the intent that "S.B." engage in prostitution, in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR

On or about October 2, 2009, in the Northern District of Georgia, the defendant, Chesire Martinez Robinson, also known as "Candyman", having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm in and affecting interstate commerce, that is, a KelTec, 9 mm pistol, model P11, bearing serial number AHK25, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE PROVISION

As a result of committing one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, Chesire Martinez Robinson, also known as "Candyman", shall forfeit to the United States pursuant to Title 18, United States Code, Sections 1594(d) and (e), any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations and any and

5

all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Counts One and Two of this Indictment, including but not limited to:

    (a)   A sum of money representing the amount of proceeds obtained as a result of the offense(s).

Upon conviction of the offense alleged in Count Three of the indictment, the defendant, Chesire Martinez Robinson, also known as "Candyman", shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in Count Three of this Indictment, including but not limited to:

    (a)   A sum of money representing the amount of proceeds obtained as a result of the offense(s).

Upon conviction of the offense alleged in Count Four of the indictment, the defendant, Chesire Martinez Robinson, also known as "Candyman", shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, any firearm and ammunition involved in the commission of this offense, including, but not limited to:

    (a)   one KelTec, 9 mm pistol, model P11, bearing serial number AHK25.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461 (c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A ___TRUE_____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6280 (telephone)
404/581-6181 (facsimile)
Georgia Bar No. 527275

7